UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. LUCERO,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | Case No. CV 08-45 JC<br><br>JUDGMENT |

The court having approved the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   May 23, 2008

                                                            /s/

                                  Honorable Jacqueline Chooljian
                                  UNITED STATES MAGISTRATE JUDGE